No. 95–340. UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 751 v. BROWN GROUP, INC., DBA BROWN SHOE CO. C. A. 8th Cir. [Certiorari granted, ante, p. 930.] Motion of the Solici-

tor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.